UNITED STATES *versus* ONE SILVER WATCH.

JOURNAL ENTRIES: (1) Oct. 3, 1823: libel filed, notice ordered published; (2) Oct. 16, 1824: continued, notice ordered published; (3) Nov. 10, 1825: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.

PAPERS IN FILE (1823–26): (1) Libel; (2) copy of order for notice; (3) published notice, proof of

publication; (4) printer's bill; (5) copy of order of sale, return; (6) account of sale.
*File No.* . . . . .